IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS DWAYNE FRAZIER,** **AIS # 321719,** | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) CIVIL ACTION NO. 21-00123-CG-N |
| **ANTONIO MCCLAIN,** | ) ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 15) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(R), and dated October 19, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Dennis Dwayne Frazier's petition (Doc. 1) be **DISMISSED with prejudice**. Further, the Court finds that Frazier is not entitled to either a Certificate of Appealability or to appeal *in forma pauperis*. Frazier's motion "Requesting Status Update on Delaying the Service of Process Upon State" (Doc. 14) is **DENIED**. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 15th day of November, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE