# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS DWAYNE FRAZIER,** <br> **AIS # 321719,** <br><br> Petitioner, <br><br> v. <br><br> **ANTONIO MCCLAIN,** <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NO. 21-00123-CG-N** <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the order entered on this date, it is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent Antonio McClain and against Petitioner Dennis Dwayne Frazier.

**DONE and ORDERED** this the 15th day of November, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE